## Porter D. Winans, Appellee, v. Baltimore and Ohio Railroad Company, Appellant.

### Gen. No. 40,738.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940; rehearing denied February 8, 1940. Edward W. Rawlins and H. D. Sheean, for appellant; Edward B. Henslee and Samuel Cohen, for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''